

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CLINICAL PATHOLOGY LABORATORIES, INC., | § | No. 08-19-00067-CV |
| | § | Appeal from the |
| Appellant, | § | 210th Judicial District Court |
| v. | § | of El Paso County, Texas |
| JUAN POLO, | § | |
| | § | (TC#2018DCV2966) |
| Appellee. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court correctly denied Appellant's motion to dismiss. We therefore affirm the trial court's judgment denying defendants' motion to dismiss and remand the cause for further proceedings. We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF AUGUST, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.